UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   ED CV 23-00040-SK                                              Date: July 18, 2023

Title   Adelia Mason v. Kilolo Kijakazi

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):           Attorneys Present for Defendant(s):

None present                                               None present

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's opening brief in support of her appeal from administrative denial of Social Security benefits is more than 30 days past due. See Rule 6 of SUPPLEMENTAL RULES FOR SOCIAL SECURITY ACTIONS UNDER 42 U.S.C. § 405(g). The letter she filed on June 12, 2023 does not suffice. (ECF 15). Plaintiff is thus **ORDERED TO SHOW CAUSE** why her appeal should not be dismissed for lack of prosecution and noncompliance with court orders. She may discharge this order by filing her opening brief under Rule 6 no later than **July 31, 2023**, in which case the Commissioner's reply brief will be due thereafter according to Rule 7. But if Plaintiff fails to file her opening brief on time or otherwise fails to timely respond to this order by July 31, 2023, this action may be involuntarily dismissed with no further warning.

Because Plaintiff is proceeding pro se, she is reminded that she may hire her own counsel according to the information provided by the Social Security Administration when her application for benefits was finally denied by the Administration. Alternatively, Plaintiff may obtain pro bono legal services from one of the court's Pro Se Clinics at the locations listed below:

(1) **Roybal Federal Building** (255 East Temple Street, Suite 170, Los Angeles, CA 90012). This location operates by appointment only. For more information, please call (213) 385-2977 ext. 270 or visit http://prose.cacd.uscourts.gov/los-angeles.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   ED CV 23-00040-SK                                              Date: July 18, 2023

Title        Adelia Mason v. Kilolo Kijakazi

    (2) **George E. Brown Federal Building** (3420 Twelfth Street, Room 125, Riverside, CA 92501). For more information, please call (951) 682-7968 or visit http://prose.cacd.uscourts.gov/riverside.

    (3) **Ronald Reagan Federal Building** (411 W. 4th Street, Room 1055, Santa Ana, CA 92701). For more information, please call (714) 541-1010 ext. 222, or visit http://prose.cacd.uscourts.gov/santa-ana.

For more information and resources, please visit http://prose.cacd.uscourts.gov.

    Pro se litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, please visit the Court's website at https://apps.cacd.uscourts.gov/edss.

    IT IS SO ORDERED.